# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

RICHARD O. "BUD" PARNELL AND
LYDIA PARNELL

NO. 2019 CW 1330

VERSUS

WALDEN HOMEOWNERS
ASSOCIATION, INC.

**JAN 16 2020**

---

In Re:    Walden Homeowners Association, Inc., applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 669217.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT